# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**WILLIAM HAUGABOOK,**

       **Plaintiff,**

v.                                          **Case No. 8:17-cv-02514-EAK-AEP**

**GM FINANCIAL,**

       **Defendant.**

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** plaintiff William Haugabook and defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 16th day of February, 2018.

| | |
|---|---|
| */s/Jon P. Dubbeld*_____ | */s/ Jacqueline Simms_Petredis*_____ |
| *Jon P. Dubbeld* | Jacqueline Simms-Petredis |
| FL Bar # 105869 | (FL Bar # 906751) |
| Berkowitz & Myer | Laura Westerman Tanner |
| 4900 Central Avenue | (FL Bar # 85573) |
| St. Petersburg, FL 33707 | BURR & FORMAN LLP |
| Telephone: 727.344.0123 | 201 North Franklin Street, Suite 3200 |
| Jon@berkmyer.com | Tampa, Florida 33602 |
| | Telephone: (813) 221-2626 |
| Attorney for Plaintiff | jsimms-petredis@burr.com |
| WILLIAM HAUGABOOK | ltanner@burr.com |
| | |
| | Attorneys for Defendant |
| | AMERICREDIT FINANCIAL SERVICES, INC. D/B/A GM FINANCIAL |

31206815 v1